**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:02CR353** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **BARRY RENFOLD COOLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion regarding a potential reduction in sentence under 18 U.S.C. § 3582(c)(2) (Filing No. 750). Defense counsel has been appointed but has not entered an appearance (Filing No. 751). The probation office will prepare a worksheet no later than April 16, 2012.

IT IS ORDERED:

1. The probation office's worksheet is due no later than April 16, 2012; and

2. On or before May 16, 2012, the parties must file a stipulation or separate briefs stating their positions.

DATED this 15th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge