# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR353 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ERROLL FLYNN SHEPARD, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motions for reconsideration (Filing No. 775) and to reduce his sentence under the Fair Sentencing Act of 2010 (Filing No. 776), and on the motion to withdraw (Filing No. 777) filed through counsel.

The motion to withdraw (Filing No. 777) will be granted, and the motion at Filing Nos. 775 and 776 will be withdrawn. In light of the recent activity in this case, however, the Court will order the Probation Office to prepare a worksheet and counsel to submit a stipulation or statements of their respective positions.

IT IS ORDERED:

1. The Defendant's motion to withdraw (Filing No. 777) is granted;

2. The Defendant's pro se motions for reconsideration (Filing No. 775) and to reduce his sentence (Filing No. 776) are withdrawn;[1]

3. On or before August 6, 2012, the U.S. Probation Office is directed to submit a worksheet to the Court and counsel of record;

---

[1]This action is taken without prejudice.

4. On or before August 20, 2012, counsel are required to file a stipulation or statements of their respective positions;[2] and

5. The Clerk is directed to send a copy of this Order to the U.S. Probation Office.

DATED this 5th day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

[2]Absent such action, this matter will not appear on the Court's docket.